IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 25-cv-01895-RTG
(**The above civil action number must appear on all future papers sent to the court in this action. Failure to include this number may result in a delay in the consideration of your claims.**)

MATTHEW LINDEN,

Plaintiff,

v.

HCA-HEALTHONE, LLC,

Defendant.

---

ORDER DIRECTING PLAINTIFF TO CURE DEFICIENCIES

---

Plaintiff Matthew Linden is a Colorado resident. On June 17, 2025, he submitted *pro se* an unsigned document that appears to assert claims of employment discrimination. (ECF No. 1).[1]

As part of the Court's review pursuant to D.C.COLO.LCivR 8.1(a), the Court has determined that the submitted document is deficient as described in this order. Plaintiff is directed to cure the following deficiencies to pursue any claims in this action. Any

[1] "(ECF No. 1)" identifies the docket number assigned to a specific paper by the court's case management and electronic case filing system (CM/ECF).

papers that Plaintiff files in response to this order must be labeled with the civil action number identified on this order.

**Motion for Leave to Proceed Pursuant to 28 U.S.C. § 1915**:

(1) xx is not submitted: (must use the court-approved Application to Proceed in District Court Without Prepaying Fees or Costs (Long Form))
(2) __ is missing affidavit
(3) __ is missing certified copy of prisoner's trust fund statement for the 6-month period immediately preceding this filing
(4) __ is missing certificate showing current balance in prison account
(5) __ is missing required financial information
(6) __ is missing authorization to calculate and disburse filing fee payments
(7) __ is missing an original signature by the prisoner
(8) ___ is not on proper form
(9) __ names in caption do not match names in caption of complaint, petition or habeas application
(10) xx other: In the alternative, Plaintiff may pay the $405.00 filing and administrative fees.

**Complaint, Petition or Application**:

(11) _ is not submitted
(12) xx is not on proper form (must use the current court-approved Employment Discrimination Complaint form)
(13) xx is missing an original signature by the plaintiff
(14) __ is missing page nos.
(15) __ uses et al. instead of listing all parties in caption
(16) __ names in caption do not match names in text
(17) __ other:

Plaintiff is advised that he may contact the Federal Pro Se Clinic at (303) 824-5395 or https://www.cobar.org/cofederalproseclinic for possible assistance in this matter. The Federal Pro Se Clinic is located on the first floor of the Alfred A. Arraj United States Courthouse, 901 19th Street, Denver, Colorado 80294.

Accordingly, it is

ORDERED that Plaintiff cure the deficiencies designated above **within thirty (30) days from the date of this order**. Any papers that Plaintiff files in response to this order must include the civil action number on this order. It is

FURTHER ORDERED that Plaintiff shall obtain the current court-approved Employment Discrimination Complaint form and Application to Proceed in District Court Without Prepaying Fees or Costs (Long Form) form, which are available, along with the applicable instructions, at www.cod,uscourts.gov. Plaintiff shall use the court-approved forms to cure the filing deficiencies. It is

FURTHER ORDERED that, if Plaintiff fails to cure all of the designated deficiencies **within thirty (30) days from the date of this order**, the action will be dismissed without further notice. The dismissal shall be without prejudice. However, **Plaintiff is warned** that, even if this case is dismissed without prejudice, the dismissal may act as a dismissal with prejudice if the time for filing expires. *See Rodriguez v. Colorado*, 521 F. App'x 670, 671-72 (10th Cir. 2013). Pursuant to 42 U.S.C. § 2000e-5(f)(1), a claimant has ninety days to file a civil action after receiving a notice of right to sue from the EEOC.

DATED June 17, 2025.

BY THE COURT:

Richard T. Gurley
United States Magistrate Judge