IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Charlotte N. Sweeney

Civil Action No. 1:25-cv-01895-CNS-TPO

MATTHEW LINDEN,

Plaintiff,

v.

HCA-HEALTHONE LLC,

Defendant.

---

**ORDER**

---

Before the Court is the Recommendation by United States Magistrate Judge Timothy P. O'Hara issued on August 20, 2026, ECF No. 34, recommending that Defendant's Motion to Compel Arbitration and Stay Proceedings, ECF No. 21, be granted. For the following reasons, the Court AFFIRMS and ADOPTS the Recommendation, and GRANTS Defendant's motion.

The parties were advised that they had fourteen days, after being served with a copy of the Recommendation, to file written objections in order to obtain reconsideration by the District Judge assigned to the case. *See* Fed. R. Civ. P. 72(b). Neither party has filed an objection to Magistrate Judge O'Hara's Recommendation.

Under 28 U.S.C. § 636(b)(1)(B), this Court may designate a magistrate judge to consider dispositive motions and submit recommendations to the Court. When a

magistrate judge submits a recommendation, the Court must "determine de novo any part of the magistrate judge's [recommended] disposition that has been properly objected to." Fed. R. Civ. P. 72(b)(3). A party's failure to file such written objections may bar the party from a de novo determination by the District Judge of the proposed findings and recommendations. *Thomas v. Arn*, 474 U.S. 140, 150 (1985). When this occurs, the Court is "accorded considerable discretion" and "may review a magistrate's report under any standard it deems appropriate." *Summers v. State of Utah*, 927 F.2d 1165, 1167 (10th Cir. 1991) (citing *Thomas*, 474 U.S. at 150).

After reviewing all the relevant pleadings, the Court concludes that Magistrate Judge O'Hara's analysis was thorough and comprehensive, the Recommendation is well-reasoned, and the Court finds no clear error on the face of the record. Accordingly, the Court AFFIRMS and ADOPTS Magistrate Judge O'Hara's Recommendation as an order of this Court. ECF No. 34. Defendant's Motion to Compel Arbitration and Stay Proceedings, ECF No. 21, is GRANTED. This case is STAYED pending arbitration. The parties SHALL FILE a status report regarding the status of the arbitration proceedings within 90 days of this Order.

DATED this 15th day of September 2026.

BY THE COURT:

Charlotte N. Sweeney
United States District Judge